**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for WALMART, INC. dba*
*WALMART MARKET #5269*

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RACHEL URZUA, | CASE NO.:  2:23-cv-00811-GMN-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO** |
| vs. | **DISMISS** |
| WALMART, INC., a foreign corporation d/b/a WALMART MARKET #5269; DOES I through X; DOE EMPLOYEES I through X; ROE MAINTENANCE COMPANIES; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

COME NOW Plaintiff, RACHEL URZUA ("Plaintiff"), by and through her counsel of record, the law firm of HENNESS & HAIGHT, and Defendant, WALMART INC. d/b/a WALMART MARKET #5269 ("Defendant"), by and through its counsel of record, the law firm of HALL & EVANS, LLC, and hereby request that the Court dismiss this action with prejudice. There are no counterclaims, crossclaims, or third-party claims pending in this civil action. The Parties agree that should the Court approve this stipulation and dismiss this action, each side will bear its own attorney's fees and costs.

. . .

. . .

1                                    KRB/20147-72

Accordingly, the parties request that all related deadlines and hearings currently set in this case be VACATED.

**IT IS SO STIPULATED.**

DATED this 3 day of May, 2024.

DATED this ___ day of ___, 2024.

**HENNESS & HAIGHT**

**HALL & EVANS, LLC**

Mark G. Henness, Esq.
Stephen J. Mendenhall, Esq.
HENNESS & HAIGHT
8972 Spanish Ridge Avenue
Las Vegas, NV 89148
*Attorneys for Plaintiff*

KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Walmart, Inc.*

## ORDER

The Court having reviewed the Stipulation to Dismiss Litigation with Prejudice, it is hereby ordered that the Stipulation is **approved**. All remaining claims in this civil action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED this 8 day of ___ 2024.

_____
DISTRICT COURT JUDGE

Submitted by:
**HALL & EVANS, LLC**

KURT R. BONDS, ESQ.
Nevada Bar No. 6228
1160 North Town Center Drive, Ste 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Walmart, Inc.*

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

2                    KRB/20147-72